1983

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

FILED
2020 NOV 16  P 12: 35

U.S. DISTRICT COURT
N.D. OF ALABAMA

Antwan D. Jenkins )
_____ )
**Plaintiff** )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
)
-v- )
)
)
)
)
)
)
United States of America )
_____ )
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

Case No. 1:20-CV-1815-CLM-SGC
*(to be filled in by the Clerk's Office)*

TORT Claim
28 USC § 2672

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name                                         Antwon D. Jenkins

All other names by which
you have been known:                         N/A

ID Number                                    09778-025

Current Institution                          Marion County Jail

Address                                      204 N. Washington St.

Salem T                    Illinois       62881
City                       State          Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                         United States of America

Job or Title *(if known)*                    Federal Government

Shield Number                                N/A

Employer                                     Federal Government

Address                                      Washington DC

Washington DC              Washington bc
City                       State          Zip Code

☐  Individual Capacity      ☑  Official Capacity

Defendant No. 2

Name                                         none

Job or Title *(if known)*                    N/A

Shield Number                                N/A

Employer                                     N/A

Address                                      N/A

N/A                        N/A            N/A
City                       State          Zip Code

☐  Individual Capacity      ☐  Official Capacity

2

Defendant No. 3

    Name                       N/A

    Job or Title *(if known)*     N/A

    Shield Number          N/A

    Employer                N/A

    Address                 N/A

                           N/A          N/A          N/A

                           *City*           *State*        *Zip Code*

    ☐ Individual Capacity      ☐ Official Capacity

Defendant No. 4

    Name                       N/A

    Job or Title *(if known)*     N/A

    Shield Number          N/A

    Employer                N/A

    Address                 N/A

                           N/A          N/A          N/A

                           *City*           *State*        *Zip Code*

    ☐ Individual Capacity      ☐ Official Capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)   (Tort Claim)

    ☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    I am filing a TORT claim against the United states for negligence, wilful malice, and unlawful conduct

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_I am filing a TORT claim against the United States  See Attachment A_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

_I am filing a TORT claim against the United States  See Attachment A_

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other                                                    
    *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_N/A_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_FCI Talladega in Talladega, Alabama, between November 1, 2016 through December 15, 2016_

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

November 1, 2016 through December 15, 2016

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment A

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Placement in the SHU without justification and several medical issues due to unsanitary conditions in the SHU

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request a trial on the following claims: ①

Claim #1 - Intentionally disregarding the NIK Drug Test results, placement in the SHU without justification, and failure to take action - (Seeking $400,000 in actual damages and $250,000 punitive damages)

Claim #2 - Failure to provide medical attention (and/or adequate medical attention), and unsanitary conditions in SHU - (Seeking $400,000 in actual damages and $250,000 in punitive damages)

① See Attachment B for details regarding the basis for claims #1 and #2

5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCI Talladega - Talladega Alabama

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

FCI Talladega covers both claims (Claims #1 and #2)

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   FCI Tanadega

2. What did you claim in your grievance?

   BOP employees were intentionally not following NIK Drug Test Requirements

3. What was the result, if any?

   Denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   Sanction was expunged (Regional Office) after I filed a motion pursuant to 28 USC § 2241 in this Court. See Jenkins v. Federal Bureau of Prisons - # 17-cv-1951- AKK (N.D. Ala January 11 2018) I filed a TORT claim with the Southeast Regional office - # TRT-SER-2019-07101

7

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ N/A _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ Filed a TORT claim with Southeast Regional Office ____
_____ # TRT-SER-2019-07101 _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

☑   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____ N/A _____

_____

_____

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) ____NIA_____

    Defendant(s) __NIA_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    ____NIA_____

3. Docket or index number

    ____NIA_____

4. Name of Judge assigned to your case

    ____NIA_____

5. Approximate date of filing lawsuit

    ____NIA_____

6. Is the case still pending?

    ☐ Yes

    ☑ No

If no, give the approximate date of disposition. ___NIA_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

    ____NIA_____

9

**IX.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff      Antwon Jenkins

Prison Identification #      09778-025

Prison Address      204 N. Washington Ave

      Salem            IL      62881

      *City*            *State*      *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      10-28-20

      *(Date)*

Signature of Plaintiff

10

Attachment A

On November 1, 2016 at or about 5:00 pm, Plaintiff was approached by Correctional Officer (C/O) Taylor-Green while incarcerated at FCI Talladega in Talladega, Alabama. Taylor-Green conducted a random search. C/O Taylor-Green recovered a "brown piece of paper covered in vaseline". Plaintiff explained the contents of the brown paper. Taylor-Green insisted that the paper was covered with a controlled substance. (Plaintiff was accompanied by 5 fellow inmates)

About an hour later Plaintiff was called to the Lieutenant's office. Plaintiff was informed by Lieutenant William Epps that he was being placed in the SHU for possession of Amphetamines. Plaintiff was searched by C/O Sanders (now a Lieutenant at FCI Talladega) and was found to be in possession of brown paper with vaseline on it once again.

C/O Sanders examined the brown paper and confirmed that it contained vaseline. Plaintiff explained that the brown paper found on him earlier was attached to the brown paper that he now has. Lieutenant Epps smiled and ordered C/O Sanders to "throw it away", over Plaintiff's objection.

Plaintiff was taken to the SHU. During his stay, he continued to speak with BOP staff regarding his unlawful placement in the SHU. On November 2-10, 2016, Plaintiff spoke with SHU Lieutenant Staten. His protest were met with laughter. Lieutenant Staten repeatedly told the Plaintiff that he was not getting out of the SHU, because he was a "drug dealer".

Plaintiff complained to Warden Becky Clay. She acknowledged that Plaintiff was "the Vaseline guy". Warden Clay promised to "look into the matter", but eventually told Plaintiff to "go through the process". Plaintiff also spoke with Captain Watson and the Assistant Warden. No one seemed interested.

While in the SHU, the Plaintiff suffered from two severe asthma attacks, due to the extreme heat in the cells. The Plaintiff contracted Staff Infection, due to unsanitary conditions. The cells in the SHU did not provide inmates with a way to flush the toilet. Officers were the only ones that could flush the toilets, because the button is on the outside of the cell.

Plaintiff was forced to remain in a cell for days with human waste and body fluid. Plaintiff complained to Nurse Rebecca Gill (and she observed) regarding his contraction of Staff Infection. Nurse Gill told the Plaintiff to "wait" until he "got out of the SHU".

On December 15, 2016 (after 45 days in the SHU), Plaintiff was released from the SHU.

Over the next two weeks Plaintiff filed emails and spoke with Warden Becky Clay and BOP staff regarding his unlawful placement in the SHU. Once again he was told to "go through the process".

Plaintiff's claims were denied via Administrative Remedy Appeals. Plaintiff sought reconsideration, pointing to BOP staff's reckless conduct. His claims were affirmed.

(2)

On November 27, 2017, Plaintiff files a petition pursuant to 28 USC § 2241 in the Northern District of Alabama. See Jenkins v. Federal Bureau of Prisons, #17-cv-1951 (AKK)(N.D. Ala)

Plaintiff argued that BOP staff (Talladega), was "intentionally" (with willful and reckless disregard for Plaintiff's Constitutional Rights) failing to adhere to the NIK Drug Test instructions and improperly administering the Drug Test.

Plaintiff provided a copy of the NIK Drug Test instructions, showing that "brown paper" and "liquid substances", should not be used, because it "will" result in a false positive.

On December 17, 2017 (without addressing the argument) expunged the Plaintiff's sanction for possession of Amphetamines. (The Government via Southeast Regional office).

On April 8, 2020, the Southeast Regional Office denied Plaintiff's TORT claim, as time barred. See (#TRT-SER-2019-07101)

On July 6, 2020, Plaintiff sought reconsideration of his TORT, but it was not answered.②

On September 8, 2020, Plaintiff filed a timely TORT claim to this Court, but it was not received until October 20, 2020. Plaintiff submitted an appropriate civil complaint, but Court only received Plaintiff's IFP form. See Exhibit 1

② Regional Office refused to provide Plaintiff with docs submitted in TORT

Attachment B

Claim #1 - On November 1, 2016, Plaintiff was placed in the SHU at FCI Talladega for unlawful possession of Amphetamines. Plaintiff was found to be in possession of "brown paper covered with vasuline". That same day he was found to be in possession of brown paper with vaseline on it while in the Lieutenant's (Epps) and the Lieutenant order Correctional Officer (now Lieutenant) Sanders to "throw it away". While in the SHU (45 days), Plaintiff complained to Warden Becky Clay, Assistant Warden (NUIK), Captain Watson, Lieutenant Staten, and Correctional Officer Taylor-Breen. Plaintiff complained that SIS Harvell, was recklessly and intentionally disregarding the NIK Drug Test results. Plaintiff provided a copy of the NIK Drug Test results, that states "DO NOT test brown paper or liquid substance", because it will provide a false positive. Plaintiffs sanction was expunged on December 13, 2017. See Jenkins v. FBOP - #17-cv-1951-AKK (N.D. Ala)

Claim #2 - On December 8, 2016, Plaintiff contracted Staff Infection, while in the SHU at FCI Talladega. Talladega SHU is very unsanitary and Plaintiff was forced to spend days in the cell with human waste and body fluid. The SHU toilets can only be flushed by Correctional Officers. Plaintiff suffered from to asthma attacks due to extreme heat in cells. Nurse Rebecca Gill disregarded Plaintiff's staff infection.



# Marion Co
## Quick Query - 10/17/2020

## Mail List for JENKINS, ANTWON D

| Date | In-Out | Name/Address | Entered By | Disposition/Remarks |
|---|---|---|---|---|
| Mar 23 2020 12:00AM | OUT - USPS | CLERK-DISTRICT, COURT 750 MISSOURRI AVE , E STL IL 62201 | BCALHOUN bcal | DISTRIBUTED |
| Mar 23 2020 12:00AM | OUT - USPS | CLERK SEVENTH CIRCUIT, COURT OF APPEALS 219 S DEARBORN , CHICAGO IL 60604 | BCALHOUN bcal | DISTRIBUTED |
| Mar 29 2020 12:00AM | OUT - USPS | POLICE DEPARTMENT, SHILOH 1 PARK DRIVE , SHILOH IL 62269 | KHUFFHINE khuf | DISTRIBUTED |
| Mar 29 2020 12:00AM | OUT - USPS | METROPOLITAN PD, ST LOUIS 1915 OLIVE ST , ST LOIUS MO 63103 | KHUFFHINE khuf | DISTRIBUTED |
| Mar 29 2020 12:00AM | OUT - USPS | ILLINOIS PD, COLUMBIA 1020 N MAIN ST , COLUMBIA IL 62236 | KHUFFHINE khuf | DISTRIBUTED |
| Mar 29 2020 12:00AM | OUT - USPS | ST.LOUIS PD, EAST 301 RIVER PARK DR , EAST ST. LOUIS IL 62201 | KHUFFHINE khuf | DISTRIBUTED |
| Mar 29 2020 12:00AM | OUT - USPS | POLICE DEPARTMENT, CAHOKIA 103 MAIN ST , CAHOKIA IL 62206 | KHUFFHINE khuf | DISTRIBUTED |
| Mar 29 2020 12:00AM | OUT - USPS | GOLD, STEPANIE 701 MARKET STREET , 1000 ST.LOUIS MO 63101 | KHUFFHINE khuf | DISTRIBUTED |
| Mar 30 2020 12:00AM | IN - USPS | CLERK, US DISTRICT COURT 301 W MAIN , BENTON IL 62812 | CSMITH csmi | DISTRIBUTED |
| Mar 31 2020 12:00AM | OUT - USPS | GARRETT, V PO BOX 202 , BELLEVILLE IL 62220 | JDIAL jdia | DISTRIBUTED |
| | | | | DISTRIBUTED |

10/17/2020 6:55:47 PM    Exhibit L    P-1

| Date | Direction | Address | User | Status |
|---|---|---|---|---|
| Apr 3 2020 12:00AM | IN - USPS | CLERK, UNITED STATES DISTRICT COURT 750 MISSOURI AVE, E ST LOUIS IL 62201 | CSMITH csmi | |
| Apr 6 2020 12:00AM | IN - USPS | CROWDER & SCROGGINS LTD, 121 W LEGION AVE PO BOX 167, COLUMBIA IL 62236 | CSMITH CSMI | DISTRIBUTED |
| Apr 6 2020 12:00AM | IN - USPS | JENKINS, LADONNA 721 ALHAMBRA CT, E ST LOUIS IL 62205 | CSMITH CSMI | DISTRIBUTED |
| Apr 12 2020 12:00AM | OUT - USPS | CARADINE, RANESHA 1137 RIAZA SQUARE, ST.LOUIS MO 63138 | KHUFFHINE khuf | DISTRIBUTED |
| Apr 12 2020 12:00AM | OUT - USPS | CROWDER & SCROGGINS LTD, 121 W LEGION AVE PO BOX 167, COLUMBIA IL 62236 | KHUFFHINE khuf | DISTRIBUTED |
| Apr 13 2020 12:00AM | IN - USPS | SHILOH POLICE DEPT, 3498 LEBANON AVE, SHILOH IL 62221 | CSMITH csmi | DISTRIBUTED |
| Apr 13 2020 12:00AM | IN - USPS | SANDIFER & ASSOCIATES, 7707 W MAIN, 4 BELLEVILLE IL 62223 | CSMITH csmi | DISTRIBUTED |
| Apr 13 2020 12:00AM | IN - USPS | METROPOLITAN POLICE DEPT, CITY OF ST LOUIS 1915 OLIVE ST, ST LOUIS MO 63103 | CSMITH csmi | DISTRIBUTED |
| Apr 16 2020 12:00AM | OUT - USPS | METROPOLITAN POLICE DEPT, CITY OF ST LOUIS 1915 OLIVE, ST LOUIS MO 63103 | JJOHNSON jjoh | DISTRIBUTED |
| Apr 16 2020 12:00AM | IN - USPS | COLUMBIA POLICE DEPT, 1020 N MAIN, COLUMIA IL 62236 | CSMITH CSMI | DISTRIBUTED |
| Apr 17 2020 12:00AM | IN - USPS | CARADINE, RANESHA 1137 RIAZA SQUARE, ST.LOUIS MO 63138 | CSMITH csmi | DISTRIBUTED |
| Apr 20 2020 12:00AM | IN - USPS | CLERK SEVENTH CIRCUIT, COURT OF APPEALS 219 S DEARBORN, CHICAGO IL 60604 | CSMITH csmi | DISTRIBUTED |
| Apr 20 2020 12:00AM | OUT - USPS | CARADINE, RANESHA 1137 RIAZA SQUARE, ST.LOUIS MO 63138 | KHUFFHINE khuf | DISTRIBUTED |
| Apr 22 2020 12:00AM | OUT - USPS | USCOURT, OF APPEALS 219 S DEARBORN, CHICAGO | JFATHEREE JFAT | DISTRIBUTED |
| Apr 24 2020 12:00AM | IN - USPS | METROPOLITAN POLICE DEPT, CITY OF ST LOUIS | CSMITH csmi | DISTRIBUTED |

10/17/2020 6:55:47 PM    Exhibit 1  p.2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 1915 OLIVE ,<br>ST LOUIS MO 63103 |  |  |
| Apr 24 2020<br>12:00AM | IN -<br>USPS | CROWDER & SCROGGINS LTD,<br>121 W LEGION AVE PO BOX 167 ,<br>COLUMBIA IL 62236 | CSMITH<br>csmi | DISTRIBUTED |
| Apr 29 2020<br>12:00AM | OUT -<br>USPS | SANDIFER & ASSOCIATES,<br>7707 W MAIN ,<br>BELLEVILLE IL 62223 | SQUICK<br>squick | DISTRIBUTED<br>LEGAL MAIL |
| May 3 2020<br>12:00AM | OUT -<br>USPS | JENKINS, GAIL<br>648 ALHAMBRA CT ,<br>E ST. LOUIS IL 62205 | SQUICK<br>squick | DISTRIBUTED |
| May 3 2020<br>12:00AM | OUT -<br>USPS | GUNNER, SUKEENA<br>1536 W HAMPTON TRACE ,<br>BELLEVILLE IL 62222 | SQUICK<br>squick | DISTRIBUTED |
| May 3 2020<br>12:00AM | OUT -<br>USPS | CIRCUIT ATTORNEYS, OFFICE<br>FOIA<br>10 PUBLIC SQUARE ,<br>BELLEVILLE IL 62220 | SQUICK<br>squick | DISTRIBUTED |
| May 4 2020<br>12:00AM | IN -<br>USPS | PIERCE LAW FIRM, P.C.,<br>3 EXECUTIVE WOODS CT , 200<br>BELLLEVILLE IL | CSMITH<br>CSMI | DISTRIBUTED |
| May 6 2020<br>12:00AM | OUT -<br>USPS | JENKINS, LADONNA<br>721 ALHAMBRA CT ,<br>E ST LOUIS IL 62205 | KMORRISON<br>kmor | DISTRIBUTED |
| May 18 2020<br>12:00AM | OUT -<br>USPS | CARADINE, RANESHA<br>11137 RIAZA SQUARE , 1<br>ST. LOUIS MO 63138 | KMONICAL<br>mon | DISTRIBUTED<br>LOGGED BY AWOLF |
| May 18 2020<br>12:00AM | IN -<br>USPS | PIERCE LAW FIRM,<br>3 EXECUTIVE WOODS CT STE 20 ,<br>BELLEVILLE IL 62226 | CSMITH<br>csmi | DISTRIBUTED |
| May 25 2020<br>12:00AM | OUT -<br>USPS | JENKINS, GAIL<br>648 ALHAMBRA CT ,<br>E ST. LOUIS IL 62205 | KMORRISON<br>kmor | DISTRIBUTED |
| May 28 2020<br>12:00AM | IN -<br>USPS | SANDIFER & ASSOCIATES,<br>7707 W MAIN ,<br>BELLEVILLE IL 62223 | CSMITH<br>CSMI | DISTRIBUTED |
| Jun 1 2020<br>12:00AM | IN -<br>USPS | JENKINS, GAIL<br>648 ALHAMBRA CT ,<br>E ST. LOUIS IL 62205 | CSMITH<br>csmi | DISTRIBUTED |
| Jun 1 2020<br>12:00AM | IN -<br>USPS | GOMRIC,<br>10 PUBLIC SQUARE ,<br>BELLEVILLE IL 62220 | CSMITH<br>csmi | DISTRIBUTED |
| Jun 8 2020<br>12:00AM | OUT -<br>USPS | CLERK SEVENTH CIRCUIT,<br>COURT OF APPEALS<br>219 S DEARBORN ,<br>CHICAGO IL 60604 | KHUFFHINE<br>khuf | DISTRIBUTED |
|  |  |  |  | DISTRIBUTED |

10/17/2020 6:55:47 PM          Exhibit 1   p.3

| | | | | |
|---|---|---|---|---|
| Aug 26 2020 12:00AM | IN - USPS | RAOUL, KWAME 500 S SECOND ST , SPRINGFIELD IL 62701 | SQUICK squick | DISTRIBUTED LEGAL MAIL |
| Aug 27 2020 12:00AM | IN - USPS | SANDIFER AND ASSOCIATES, 7008 W MAIN , BELLEVILLE IL 62223 | CSMITH csmi | DISTRIBUTED |
| Aug 28 2020 12:00AM | OUT - USPS | SENDIFER, ASSOCIATES 7008 W MAINE , BELLEVILLE IL 62223 | JWOOD jwoo | DISTRIBUTED |
| Sep 1 2020 12:00AM | IN - USPS | CLERK UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA 1729 5TH AVENUE NORTH , BIRMINGHAM AL 35203-2040 | CSMITH csmi | DISTRIBUTED |
| Sep 2 2020 12:00AM | IN - USPS | SENDIFER, ASSOCIATES 7008 W MAINE , BELLEVILLE IL 62223 | CSMITH csmi | DISTRIBUTED |
| Sep 3 2020 12:00AM | IN - USPS | CLERK-DISTRICT, COURT 750 MISSOURRI AVE , E STL IL 62201 | CSMITH csmi | DISTRIBUTED |
| Sep 8 2020 12:00AM | IN - USPS | CLERK UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA 1729 5TH AVENUE NORTH , BIRMINGHAM AL 35203-2040 | LSMITH lsmi | DISTRIBUTED |
| Sep 9 2020 12:00AM | IN - USPS | JENKINS, LADONNA 721 ALHAMBRA CT , E ST LOUIS IL 62205 | CSMITH csmi | DISTRIBUTED |
| Sep 10 2020 12:00AM | IN - USPS | GARDNER, KIM 1114 MARKET ROOM 758 , ST LOUIS MO 63101 | CSMITH csmi | DISTRIBUTED |
| Sep 11 2020 12:00AM | IN - USPS | CLAY, KAHALAH PO BOX 8445 , BELLEVILLE IL 62222-8445 | CSMITH csmi | DISTRIBUTED |
| Sep 11 2020 12:00AM | IN - USPS | JENKINS, GAIL 648 ALHAMBRA CT , E ST. LOUIS IL 62205 | CSMITH csmi | DISTRIBUTED |
| Sep 13 2020 12:00AM | OUT - USPS | LAKIN, JOHN 405 RANDLE ST , EDWARDSVILLE IL 62025 | KHUFFHINE khuf | DISTRIBUTED |
| Sep 13 2020 12:00AM | OUT - USPS | CIRCUIT, CLERK P.O. BOX 8445 , BELLEVILLE IL 62222 | KHUFFHINE khuf | DISTRIBUTED |
| Sep 14 2020 12:00AM | IN - USPS | CLERK SEVENTH CIRCUIT, COURT OF APPEALS 219 S DEARBORN , CHICAGO IL 60604 | CSMITH csmi | DISTRIBUTED |
| | | | | DISTRIBUTED |

10/17/2020 6:55:47 PM

Exhibit 1 p. 6

| Date | Direction | Address | User | Status |
|---|---|---|---|---|
| Sep 15 2020 12:00AM | OUT - USPS | CLERK SEVENTH CIRCUIT, COURT OF APPEALS 219 S DEARBORN , CHICAGO IL 60604 | KMORRISON kmor | |
| Sep 21 2020 12:00AM | IN - USPS | MADISON COUNTY SHERIFF, 405 RANDLE , EDWARDSVILLE IL 62025 | CSMITH CSMI | DISTRIBUTED |
| Sep 23 2020 12:00AM | IN - USPS | RAOUL, KWAME 500 S SECOND ST , SPRINGFIELD IL 62701 | CSMITH csmi | DISTRIBUTED |
| Sep 25 2020 12:00AM | IN - USPS | CLERK SEVENTH CIRCUIT, COURT OF APPEALS 219 S DEARBORN , CHICAGO IL 60604 | CSMITH CSMI | DISTRIBUTED |
| Sep 27 2020 12:00AM | OUT - USPS | BERRY, SANDRA 518 W SCHWARTZ , LEBANON IL 62254 | LSMITH lsmi | DISTRIBUTED |
| Sep 27 2020 12:00AM | OUT - USPS | JENKINS, LADONNA 721 ALHAMBRA CT , E ST LOUIS IL 62205 | LSMITH lsmi | DISTRIBUTED |
| Sep 30 2020 12:00AM | IN - USPS | PIERCE LAW FIRM, 3 EXECUTIVE WOODS CT STE200 , BELLEVILLE IL 62226 | CSMITH csmi | DISTRIBUTED |
| Oct 5 2020 12:00AM | IN - USPS | CLERK SEVENTH CIRCUIT, COURT OF APPEALS 219 S DEARBORN , CHICAGO IL 60604 | CSMITH CSMI | DISTRIBUTED |
| Oct 6 2020 12:00AM | OUT - USPS | JENKINS, GAIL 648 ALHAMBRA CT , E ST. LOUIS IL 62205 | KHUFFHINE khuf | DISTRIBUTED READ AND LOGGED BY BEN |
| Oct 9 2020 12:00AM | OUT - USPS | JENKINS, LADONNA 721 ALHAMBRA CT , EAST ST LOUIS IL 62205 | GNEILSON gnei | DISTRIBUTED |
| Oct 15 2020 12:00AM | IN - USPS | RAOUL, KWAME 500 S SECOND ST , SPRINGFIELD IL 62701 | CSMITH CSMI | DISTRIBUTED |
| Oct 15 2020 12:00AM | OUT - USPS | JENKINS, LADONNA 721 ALHAMBRA CT , E ST LOUIS IL 62205 | KHUFFHINE khuf | DISTRIBUTED |
| Oct 16 2020 12:00AM | IN - USPS | RAOUL, KWAME 500 S SECOND ST , SPRINGFIELD IL 62701 | CSMITH csmi | DISTRIBUTED |
| Oct 16 2020 12:00AM | IN - USPS | CLERK SEVENTH CIRCUIT, COURT OF APPEALS 219 S DEARBORN , CHICAGO IL 60604 | CSMITH csmi | DISTRIBUTED |
| | | | | DISTRIBUTED |

10/17/2020 6:55:47 PM    Exhibit 3 p 7

Oct 16 2020  IN -    JENKINS, LADONNA
12:00AM    USPS   721 ALHAMBRA CT ,
                   E ST LOUIS IL 62205

**Number of Matched Records:** 95

10/17/2020 6:55:47 PM

Exhibit II p. 2

11-16-20

Dear Clerk, on 9-9-20, I filed a TORT claim and placed it into the jail mail system at Marion County Jail. On 10-16-20 (today) I called this court; asked why I had not heard anything regarding my TORT claim against the VA. I was informed that the court had not received my TORT. I am including 2 letters that I wrote to the court requesting a TORT claim form and informing the Court that my Statue of limitations expired on Oct 2. 2020. Can someone look into my missing motion and send me a TORT claim form so I can resubmit!

Thank you

Exhibit ___ p 9

9-8-20

Dear Clerk, I wrote this Court on 8-21-20. The letter was received on 8-27-20. I requested to be provided with a TORT claim form and an IFP form.(See copy of letter). This Court provided me with a Civil Rights (Bivens or 28 USC § 1983 form). I filled this form out and now submit my TORT claim suit on the Bivens form. The statue of limitations is set to expire on 10-2-20. So I did not want to risk waiting to recieve a TORT claim form. Can this Court construe my motion as a TORT even though it is on a Bivens form?

Thank You

Antwan Jenkins
204 N. Washington
Marion County Jail
Salem IL 62881

8-21-20

Dear Clerk, I would like to be provided with a Federal Tort claim form and a IFP form. Additionally can I be provided with any forms associated with filing a Federal Tort claim.

Thank You

RECEIVED
2020 AUG 27  A 9 54
U.S. DISTRICT COURT
N.D. OF ALABAMA