UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**ANTWON D. JENKINS,**
    Plaintiff,

**v.**                                               **Case No. 1:20-cv-1815-CLM-SGC**

**UNITED STATES OF AMERICA,**
    Defendant.

## MEMORANDUM OPINION AND ORDER

    Plaintiff Antwon D. Jenkins brings this case under the Federal Tort Claims Act ("FTCA"), seeking damages relating to his confinement in the special housing unit ("SHU") at FCI-Talladega after officials allegedly found him possessing amphetamines. (Doc. 1). Jenkins brings two claims for monetary damages: (1) prison officials intentionally disregarded the results of a drug test for the presence of amphetamines, resulting in his unjustified segregation in the SHU; and (2) prison officials failed to provide him with adequate medical care and permitted unsanitary conditions to exist while he was segregated in the SHU. (Doc. 1 at 5).

    The magistrate judge ordered the United States to file a Special Report. (Doc. 13). In response to that order, the United States moved to dismiss Jenkins' claims solely on the basis that they are time-barred under the FTCA. (Doc. 17). The magistrate judge has entered a report recommending that the court deny the United States' motion to dismiss the allegations related to Jenkins' disciplinary sanction but grant the motion to dismiss Jenkins' allegations about an alleged lack of medical care and unsanitary conditions. (Doc. 29 at 13). The magistrate judge advised the parties of their right to file written objections within 14 days. But the court hasn't received any objections.

    After careful consideration of the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. (Doc. 29). Consistent with that recommendation, the court **DENIES** the United States' motion to dismiss Jenkins' claims about his disciplinary

sanction and **GRANTS** the motion to dismiss Jenkins' claims about an alleged lack of medical care and unsanitary conditions. (Doc. 17).

The court **ORDERS** the United States to file a Special Report on or before **September 2, 2022**. The court **REFERS** Jenkins' claim about his disciplinary sanction to the magistrate judge for further proceedings.

**Done** and **Ordered** on August 3, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE